

FILED
4/18/2025
TD
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

AUSA Ramon Villalpando (312) 933-5617

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No.:     25 CR 208 |
| v. | DANIEL P. MCLAUGHLIN |
| MARTIN MARLING | Magistrate Judge |

## AFFIDAVIT IN REMOVAL PROCEEDING

I, KAITLYN N. DAVIS, appearing before United States Magistrate Judge DANIEL P. MCLAUGHLIN by telephone and being duly sworn under oath, state that as a federal law enforcement officer I have been informed that MARTIN MARLING has been charged by Complaint in the Central District of Illinois with the following criminal offense: enticement of a minor, in violation of Title 18, United States Code, Section 2422(b).

A copy of the Complaint is attached. A copy of the arrest warrant also is attached.

Kaitlyn N. Davis (DPM w/ permission)

KAITLYN N. DAVIS
Special Agent
Federal Bureau of Investigation

SWORN TO AND AFFIRMED by telephone this 18th day of April, 2025.

DANIEL P. MCLAUGHLIN
United States Magistrate Judge

AO 91 (Rev. 11/11)  Criminal Complaint

FILED

# UNITED STATES DISTRICT COURT

for the

Central District of Illinois

APR 15 2025

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Martin Marling | ) | Case No. |
| | ) | 25-mj-6406 |
| | ) | |
| | ) | |
| _Defendant(s)_ | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____March 8, 2025_____ in the county of _____Knox_____ in the
_____Central_____ District of _____Illinois_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 2422(b) | Enticement of a Minor |

This criminal complaint is based on these facts:

See attached affidavit incorporated fully herein.

☐ Continued on the attached sheet.

_____
_Complainant's signature_

FBI Special Agent, Kurt Bendoraitis
_Printed name and title_

Sworn to before me and signed in my ~~presence~~ via telephone
Rule 4.1

Date:  4/15/25

_____
_Judge's signature_

City and state:  Rock Island  ~~Urbana~~, Illinois

Sara Darrow
Honorable ~~Eric I. Long~~
_Printed name and title_

## AFFIDAVIT

Kurt Bendoraitis, Special Agent, being duly sworn on oath states as follows:

1.      I am a Special Agent with the Federal Bureau of Investigation and have been since May 14, 2017. As part of my duties, I investigate violations of federal law, including the online exploitation of children, particularly in relation of violations of Title 18, United States Code, Sections 1591, 2251(a), 2252A, and 2422(b) which criminalize, among other things, the production, advertisement, possession, receipt, transportation of child pornography, individuals attempting to persuade, induce, and entice minors to engage in sexual activity, and underage prostitution. I have gained experience in the conduct of such investigations through training in classes and work related to conducting these types of investigations. Specifically, I have received training in the Online Sexual Exploitation of Children. I have been involved in multiple search warrants, arrests, and have conducted online chatting investigations in an undercover capacity. As a federal agent, I am authorized to investigate and assist in the prosecution of violations of laws of the United States, and to execute search warrants and arrest warrants issued by federal courts.

2.      This Affidavit is made in support of a criminal complaint to arrest Martin Marling, a 40-year-old white male, date of birth 07/31/1984, for violations of federal law involving minors, specifically, Title 18, United States Code, Section 2422(b) (enticement of a minor).

## STATUTORY AUTHORITY

3.     This investigation concerns alleged violations of Title 18 U.S.C. §§ 2422(b) involving enticement of a minor. Title 18 U.S.C. § 2422(b) makes it unlawful for anyone to, using the mail or any facility or means of interstate or foreign commerce, knowingly persuade, induce, entice, or coerce any individual who has not attained the age of 18 years to engage in prostitution or any sexual activity for which any person can be charged with a criminal offense, or attempt to do so.

## INVESTIGATION

4.     On March 8, 2025, at approximately 3:34 a.m., Galesburg Police Department (GPD) was notified a 13-year-old juvenile ("minor victim" or "MV") was missing from her residence in Galesburg, IL. MV's parents reported to GPD that her wireless telephone had an application that shared her location with her parents, but it had been turned off. MV's parents sent messages to MV's wireless telephone and then MV turned on her location tracker. When MV's location was turned back on, MV was travelling westbound on Interstate 80 near the 74 junction – en route back to her home.

5.     On March 8, 2025, GPD officers conducted a traffic stop of a silver Dodge Caravan as it approached MV's home, based on real time location information suspecting MV was in the vehicle. GPD officers found Individual A driving the car and MV in the back passenger seat.

6.     Individual A stated that he worked for a private transportation company in Springfield, IL and had received an inquiry from someone who identified himself as **Martin Marling** in Joliet, IL to pick up his "girlfriend" and bring her to **Marling**'s address

2

in Joliet, IL. **Marling** provided the address of 2000 Sutton Ct, Joliet, IL (the "**Subject Premises**") and a phone number of 331-XXX-6689 (the "Marling Phone") to Individual A. Individual A showed a Venmo transaction to GPD Officers from **Marling**, paying Individual A $350 dollars plus tax, totaling $384.12. **Marling** provided a second number to Individual A as 779-XXX-9794[1]. Once the payment was completed, Individual A went to Galesburg to pick up MV. Individual A asked how old MV was, and MV stated she was 18 years old. Approximately one hour into the trip, MV asked Individual A to turn around and bring her back to her address in Galesburg.

*Child Forensic Interview and Phone Extraction*

7.      On March 12, 2025, MV was interviewed by a Child Forensic Interviewer at a Child Advocacy Center. Law enforcement showed **Marling's** photo to MV and MV identified him as "Martin," the male she was talking to and went to visit. In the interview, MV stated that she met **Marling** on an online chat forum and told him she was 15 years old. MV disclosed that **Marling** talked with MV about taking her virginity and having kids with her. **Marling** told MV he was 40 years old. MV additionally disclosed that **Marling** asked her to come to his home to have sex and paid for a taxi to pick her up and bring her to his home. **Marling** mentioned several times that he spent $300 dollars on that taxi, and because MV felt guilty about him spending the money, she agreed.

8.      MV provided consent to GPD to search her phone and GPD conducted a forensic extraction. The phone's Internet history showed searches for "2000 Sutton –

---

[1] Neither phone number that **Marling** gave to Individual A was the number he listed on his sex offender registry, which is monitored by his parole officer.

Joliet," the address for the **Subject Premises**. The phone had chat communications with the Marling Phone (the contact for which was saved as "Martin") beginning on March 7, 2025. In the chats, **Marling** suggested that MV come to his home and first told MV he did not want to "persuade" or "push" MV into doing anything but they would be in the same bed and "cuddling." Later in the conversation, **Marling** told MV he wanted to take her virginity and asked when she turned 15. The chat history included the following communications:

- **Marling** sent "It's going to be so beautiful to see my c** dripping out of your virgin little p****" and "I can't wait to feel the tightness of your virgin p**** wrapped around my dick as I c** inside you to go feel so good".

- **Marling** told MV if MV became pregnant, she would have to lie and say it was someone else until MV got older.

- **Marling** told MV "I love that ur so so young", "so do you want me to enjoy you as a girlfriend or as a child."

9.       In the chats, **Marling** asked MV to send nude images of herself to him. MV sent an image of herself, fully nude, exposing her breasts and pubic hair. In her interview, MV confirmed to law enforcement that she sent the photo to **Marling. Marling** sent a photograph of a penis to MV, in which the shirt the man is wearing is the same shirt **Marling** is wearing in a selfie-style photograph he sent to MV.

10.       Law enforcement obtained **Marling's** sex offender registry information, which showed **Marling's** address as the **Subject Premises** and photographs of **Marling**. **Marling's** driver's license information, which law enforcement obtained from the Illinois

Secretary of State, also listed his address as the **Subject Premises**. **Marling** sent selfie-style photographs of himself to MV, which law enforcement compared with **Marling's** sex offender registry and driver's license photographs to positively identify the selfie as **Marling**.

11.     An FBI Administrative subpoena was served to Verizon for telephone number 331-XXX-6689. Verizon provided call detail records and the subscriber as Martin Marling. The call detail records showed voice calls between MV and telephone number 331-XXX-6689 on March 7 and 8, 2025.

12.     An FBI Administrative subpoena was served to T-Mobile for telephone number 779-XXX-9794. T-Mobile provided call detail records and the subscriber as Martin Marling. The call detail records showed voice calls between MV and telephone number 779-XXX-9794.

13.     Affiant is aware that under Illinois law, specifically 720 Illinois Compiled Statutes 5/11-1.60, it is a criminal offense for a person to commit an act of sexual penetration (including mouth-genitals, penis-vagina, and penis-anus contact) and sexual conduct with a victim who is at least 13 years of age but under 17 years of age and the accused is at least 5 years older than the victim.

## CONCLUSION

Based on the foregoing information, I respectfully submit that there is probable cause to believe that Martin Marling has committed the offense of Enticement of a Minor in violation of Title 18, United States Code, Section 2422(b).

FURTHER AFFIANT SAYETH NOT.

_____

Kurt Bendoraitis, FBI Special Agent

Attested to by the application in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone this ___5th___ day of April, 2025.

_____

Honorable ~~Eric I. Long~~ Sara Darrow
United States ~~Magistrate~~ District Judge

6

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Central District of Illinois

United States of America
v.
Martin Marling

Defendant

)
)
)
)
)
)

Case No. 25-mj – 6406

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Martin Marling                                                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Enticement of a Minor, in violation of 18 U.S.C. § 2422(b).

Date:  4/15/25

_____
*Issuing officer's signature*

Sara Darrow  District
~~Eric I. Long~~, U.S. Magistrate Judge

City and state:  Rock Island, IL

*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____         _____<br>*Arresting officer's signature*<br><br>_____<br>*Printed name and title* |

AO 442  (Rev. 11/11)  Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: _____

Known aliases: _____

Last known residence: _____

Prior addresses to which defendant/offender may still have ties: _____

Last known employment: _____

Last known telephone numbers: _____

Place of birth: _____

Date of birth: _____

Social Security number: _____

Height: _____      Weight: _____

Sex: _____      Race: _____

Hair: _____      Eyes: _____

Scars, tattoos, other distinguishing marks: _____

History of violence, weapons, drug use: _____

Known family, friends, and other associates *(name, relation, address, phone number)*: _____

FBI number: _____

Complete description of auto: _____

Investigative agency and address: _____

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: _____

Date of last contact with pretrial services or probation officer *(if applicable)*: _____